UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| This Document Relates to: | |
| In Re: Automotive Wire Harness Case | 2:17-cv-12054 |
| In Re: Instrument Panel Clusters Case | 2:17-cv-12030 |
| In Re: Bearings Case | 2:17-cv-12006 |
| In Re: Fuel Senders Case | 2:17-cv-12018 |
| In Re: Heater Control Panel Case | 2:17-cv-12024 |
| In Re: Alternators Case | 2:17-cv-11995 |
| In Re: Anti-Vibrational Rubber Parts Case | 2:17-cv-11997 |
| In Re: Windshield Wiper Systems Case | 2:17-cv-12049 |
| In Re: Radiators Case | 2:17-cv-12037 |
| In Re: Starters Case | 2:17-cv-12041 |
| In Re: Ignition Coils Case | 2:17-cv-12029 |
| In Re: Motor Generators Case | 2:17-cv-12034 |
| In Re: Ballasts Case | 2:17-cv-12028 |
| In Re: Inverters Case | 2:17-cv-12032 |
| In Re: Electronic Powered Steering Assemblies Case | 2:17-cv-12011 |
| In Re: Fan Motors Case | 2:17-cv-12012 |
| In Re: Fuel Injection Systems Case | 2:17-cv-12013 |
| In Re: Power Window Motors Case | 2:17-cv-12035 |
| In Re: Automatic Transmission Fluid Warmers Case | 2:17-cv-11999 |
| In Re: Valve Timing Control Devices Case | 2:17-cv-12044 |
| In Re: Air Conditioning Systems Case | 2:17-cv-11992 |
| In Re: Windshield Washer Systems Case | 2:17-cv-12048 |
| In Re: Spark Plugs, Standard Oxygen Sensors, Air Fuel Ratio Sensors Case | 2:17-cv-12039 |
| In Re: Automotive Hoses Case | 2:17-cv-12001 |
| In Re: Ceramic Substrates Case | 2:17-cv-12007 |
| In Re: Power Window Switches Case | 2:17-cv-11979 |

## NOTICE REGARDING STAY OF ACTIONS

Plaintiffs are certain Auto Dealers who: are participating in certain Auto Dealer Class Action Settlements approved by the Court in the matter *In re: Automotive Parts Antitrust Litigation*, Master File No. 12-md-02311 (the "First Wave Settlements"), have opted out of certain subsequent Auto Dealer Class Action Settlements (the "Second Wave Settlements"), and have filed the above-captioned actions against certain Defendants (the "Actions"). On September 13, 2017, the Court held a Status Conference at which the Court requested that Plaintiffs consider a proposal by counsel for certain Defendants to temporarily stay the Actions until after Plaintiffs have received their distributions in connection with the First Wave Settlements. The Plaintiffs submitted a report on September 20, confirming their agreement to the proposed stay. On November 27, 2017, the Court entered the Order to Stay Actions in each of the Actions.

Under the Court's Order to Stay Actions, "Plaintiffs shall inform the Court and Stipulating Defendants within five business days of their receipt of the distributions from the First Wave settlements ('Notice Date')." Order ¶2. Plaintiffs previously provided preliminary notice to the Court that certain Plaintiffs had begun receiving distributions from the First Wave. *See* Doc. No. 4. All Plaintiffs have still not received all distributions from the First Wave. *See id.* Nevertheless, Plaintiffs have determined to pursue each of the Actions individually, remain excluded from the Round 2 settlement classes, and have similarly requested exclusion from the Round 3 settlement classes. Plaintiffs, thus, hereby "notify the Court and Stipulating Defendants" of their intentions regarding the Actions. *Id.* Plaintiff will meet and confer with Defendants and report back to the Court within 30 days as ordered.

DATED: September 12, 2018                                  Respectfully submitted,

                                                                                  */s/ Andrew G. Pate*
                                                                                  Michael B. Angelovich

Texas Bar No. 00785666
Jeffrey J. Angelovich
Texas Bar No. 00786988
Andrew G. Pate
Texas Bar No. 24079111
Winn Cutler
Texas Bar No. 24084364
**NIX, PATTERSON & ROACH, LLP**
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX  78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
Email:  mangelovich@nixlaw.com
jangelovich@nixlaw.com
dpate@nixlaw.com
winncutler@nixlaw.com

Keith Butler
California Bar No. 215670
**STRANGE & BUTLER LLP**
12100 Wilshire Blvd.
Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210
Email: kbutler@strangeandbutler.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, a true and correct copy of the above and foregoing document was filed through the Court's CM/ECF filing system.

*/s/Andrew Pate*
Andrew Pate