UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: Automotive Parts Antitrust Litigation | |
| In Re: Heater Control Panels | Master File No. 2:12-md-02311 |
| This Document Relates To:<br><br>Case No. 2:17-cv-12024 | Judge: Hon. Sean F. Cox |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of their voluntary dismissal with prejudice of the following Defendants for the claims set forth in the Original Complaint (Dkt. No. 01): DENSO Corporation, DENSO International America, Inc., Sumitomo Electric Industries, Ltd., Sumitomo Wiring Systems, Ltd., Sumitomo Electric Wiring Systems, Inc., Sumitomo Wiring Systems (U.S.A.) Inc., K&S Wiring Systems, Inc., TRAM, Inc., Tokai Rika Co., Ltd., Alps Electric Co., Ltd. (n/k/a Alps Alpine Co., Ltd.), Alps Electric (North America) Inc. (n/k/a Alps Alpine North America, Inc.), and Alps Automotive Inc. (collectively, the "Dismissed Defendants"). The Dismissed Defendants have not filed answers or motions for summary judgment with respect to Plaintiffs' Original Complaint filed on June 22, 2017.

DATED: January 14, 2021.                    Respectfully submitted,

                                            /s/ Andrew G. Pate
                                            Michael B. Angelovich
                                            Texas Bar No. 00785666
                                            Jeffrey J. Angelovich
                                            Texas Bar No. 00786988
                                            Andrew G. Pate
                                            Texas Bar No. 24079111

Winn Cutler
Texas Bar No. 24084364
**NIX PATTERSON, LLP**
3600 N. Capital of Texas Hwy.
Bldg. B, Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
mangelovich@nixlaw.com
jangelovich@nixlaw.com
dpate@nixlaw.com
winncutler@nixlaw.com

Keith Butler
California Bar No. 215670
**STRANGE & BUTLER LLP**
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210
kbutler@strangeandbutler.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2021, I caused a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew G. Pate*
Andrew G. Pate